# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

TRAVIS JAMES,
Plaintiff

v.

DAVACO, INC. et al.
Defendant

Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff, TRAVIS JAMES

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

1. Travis James, Plaintiff
2. Balon B. Bradley Law Firm, Counsel for Plaintiff and Class Members
3. Clayeo C. Arnold, APLC dba Arnold Law Firm, Counsel for Plaintiff and Class Members
4. Wolf Haldenstein Adler Freeman & Herz LLP, Counsel for Plaintiff and Class Members
5. Davaco, Inc., Defendant
6. Davaco, LP, Defendant
7. Crane Worldwide Logistics LLC, Defendant

| | |
|---|---|
| Date: | 09/29/2021 |
| Signature: | /s/ Balon B. Bradley |
| Print Name: | Balon B. Bradley |
| Bar Number: | 02821700 (TX) |
| Address: | 11910 Greenville Avenue |
| City, State, Zip: | Suite 220, Dallas, TX 75243 |
| Telephone: | (972) 991-1582 |
| Fax: | (972) 755-0424 |
| E-Mail: | balon@bbradleylaw.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons