# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TRAVIS JAMES, et al., | § § § § | |
| Plaintiff, | | |
| v. | § § § | Civil Action No. 3:21-cv-02318-M |
| DAVACO, INC., et al., | § § § | |
| Defendants. | § § § | |

## ORDER

Before the Court is the Joint Motion to Stay Pending Ruling on Preliminary Approval of Settlement. ECF No. 36. The Motion is **GRANTED**. The stay is extended until the Court rules on the Motion for Preliminary Approval of Class Action Settlement, which shall be filed on or before August 26, 2022, and the Defendants' deadline to answer or otherwise respond to the Consolidated Class Action Complaint is extended to three weeks after the Court enters any Order lifting the stay.

**SO ORDERED**.

August 22, 2022.

_____
BARBARA M. G. LYNN
CHIEF JUDGE